1022

THE STATE OF WASHINGTON, *Respondent*, v. EARL E. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-8-00297-4, Tamara Darst, J. Pro Tem., entered September 5, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

KENNETH W. SCHULZ, *Appellant*, v. SAFEGUARD OF PUGET SOUND, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-08792-1, Waldo F. Stone, J. Pro Tem., entered October 6, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

RALPH GAUSVIK, *Appellant*, v. TIMOTHY ABBEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00958-1, Richard A. Strophy, J., entered November 3, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J. Now published at 126 Wn. App. 868.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ROBERT CULP, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01180-8, James E. Warme, J., entered November 4, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.